## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MITCH JONES,** | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:12-cv-01194-JTC |
| v. | ) |
| | ) |
| **TAKHAR COLLECTION SERVICES, LTD.;** | ) |
| **FINANCIAL DEBT RECOVERY LIMITED;** | ) |
| **F.D.R. CREDIT RECOVERY LTD;** | ) |
| **HARDIAL S. TAKHAR;** | ) |
| **SUKCHARN S. TAKHAR; and** | ) |
| **DOE,** | ) |
| Defendants. | ) |

### NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff MITCH JONES and Defendants Financial Debt Recovery Limited and F.D.R. Credit Recovery Ltd have reached a settlement in the above-captioned case. The parties intend to file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) once the settlement is fully consummated. Plaintiff will continue to prosecute his case against the remaining defendants.

Date: December 27, 2013        s/Robert Amador, Esq.____
                               ROBERT AMADOR, ESQ.
                               Attorney for Plaintiff MITCH JONES
                               Centennial Law Offices
                               9452 Telephone Rd. 156
                               Ventura, CA. 93004
                               (888)308-1119 ext. 11
                               R.Amador@centenniallawoffices.com

## CERTIFICATE OF SERVICE

I certify that on December 27, 2013, I electronically filed the foregoing through the Court's CM/ECF system, which will send notification of such filings to the following:

Hinshaw & Culbertson
800 Third Avenue, 13th Floor
New York, New York 10022

Phillips Lytle LLP
3400 HSBC Center
Buffalo, NY 14203

Attorneys for F.D.R. Credit Recovery LTD

I certify that on December 27, 2013, I mailed a copy of the foregoing, First Class U.S. Mail, to:

Takhar Collection Services, Ltd.
1623 Military Road Suite 537
Niagara Falls, NY. 14304

Hardial S. Takhar
202 BEVERLY STREET
CAMBRIDGE ONTARIO, CANADA, N1R-328

Sukcharn S. Takhar
202 BEVERLY STREET
CAMBRIDGE ONTARIO, CANADA, N1R-328

                                                s/Robert Amador, Esq.____
                                                ROBERT AMADOR, ESQ.
                                                Attorney for Plaintiff MITCH JONES
                                                Centennial Law Offices
                                                9452 Telephone Rd. 156
                                                Ventura, CA. 93004
                                                (888)308-1119 ext. 11
                                                R.Amador@centenniallawoffices.com